UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOHAMMED ABDUL JALIL,

                              Plaintiff,                       JUDGMENT

    v.                                         21-cv-05388 (AMD) (JRC)

AXEL PROTECTION SYSTEMS INC.

                              Defendant.
------------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 25, 2022; and Defendant AXEL PROTECTION SYSTEMS INC., having offered to allow Plaintiff MOHAMMED ABDUL JALIL to take judgment against Defendant for the total amount of $17,000.00 (seventeen thousand dollars) inclusive of Plaintiffs' reasonable attorneys' fees, costs, and expenses accrued to this date, to be paid in full with in thirty (30) days of an entry of final judgment; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff MOHAMMED ABDUL JALIL and against Defendant AXEL PROTECTION SYSTEMS INC. for the total amount of $17,000.00 (seventeen thousand dollars) inclusive of Plaintiffs' reasonable attorneys' fees, costs, and expenses accrued to this date, to be paid in full with in thirty (30) days of an entry of final judgment.

Dated: Brooklyn, New York                         Brenna B. Mahoney
       April 28, 2022                            Clerk of Court

                                  By:    */s/Jalitza Poveda*
                                        Deputy Clerk